UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-1305
_____

MARTIN ALEJANDRO GUTIERREZ BORROVIC,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

_____

S U R   P E T I T I O N   F O R   P A N E L   R E H E A R I N G

_____

Present:  FUENTES, VANASKIE and NYGAARD, <u>Circuit Judges</u>

_____

The Petition for Panel Rehearing filed by the Appellant in the above-entitled matter, having been submitted to the judges who participated in the decision of this court is hereby GRANTED. The opinion and judgment entered May 11, 2011 are hereby vacated.

The Clerk is instructed to reinstate the appeal in No. 10-1305.  The matter will be submitted to the next available merits panel.

IT IS SO ORDERED.

BY THE COURT,

/s/   Julio M. Fuentes
Circuit Judge

DATED: July 5, 2011

mlr/cc:
　　　Anayancy R. Housman, Esq.
　　　Yedidya Cohen, Esq.

A True Copy:

Marcia M. Waldron, Clerk